B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)                    Case Number **12−10342**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 15, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Michael Larocco<br>1361 South Elizabeth Street<br>Lombard, IL 60148 | Pamela Larocco<br>1361 South Elizabeth Street<br>Lombard, IL 60148 |
| Case Number:  12−10342<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−5069<br>xxx−xx−8044 |
| Attorney for Debtor(s) (name and address):<br>Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd Ste 150<br>Oak Brook, IL 60523<br>Telephone number:  (630) 575−8181 | Bankruptcy Trustee (name and address):<br>Brenda Porter Helms ESQ<br>The Helms Law Firm, P.C.<br>3400 West Lawrence<br>Chicago, IL 60625<br>Telephone number:  773−463−6427 |

## Meeting of Creditors:
Date: **May 29, 2012**                    Time: **02:00 PM**

Location: **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

### The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: July 30, 2012

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday − Friday 8:30 AM −4:30 PM | Date:  March 16, 2012 |

## EXPLANATIONS

B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### –– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-10342-DRC
Michael Larocco                                                           Chapter 7
Pamela Larocco
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ajauregui        Page 1 of 3          Date Rcvd: Mar 16, 2012
                             Form ID: b9a            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2012.
db/jdb       +Michael Larocco,   Pamela Larocco,   1361 South Elizabeth Street,   Lombard, IL 60148-4488
18629210     +Advocate Good Samaritan Hospital,   3815 Highland Avenue,   Downers Grove, IL 60515-1590
18629214     +BMO Harris Bank N.A.,   111 W. Monroe Street,   Chicago, IL 60603-4095
18629218     +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4699
18629220      Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
18629221     +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
18629224     +Keystone Finance,   22 West State Street,   Media, PA 19063-3311
18629225     +Larocco Meats, Inc.,   4933 Butterfield Road,   Hillside, IL 60162-1437
18629227     +MB Financial Services,   800 West Madison Street,   Chicago, IL 60607-2683
18629226     +Maria Loya,   1503 N. Raynor Street,   Joliet, IL 60435-4135
18629228     +Nordstrom FSB,   8502 East Princess Drive,   Scottsdale, AZ 85255-7802
18629229     +Roth & Zuker MD S.C.,   246 E. Janata Boulevard,   Lombard, IL 60148-5377
18629231     +Seaway Bank & Trust Co.,   645 E. 87th Street,   Chicago, IL 60619-6183
18629232     +State Bank of Illinois,   600 E. Washington, Street,   West Chicago, IL 60185-2318
18629234     +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
18629235     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,   6565 Brady Street,   Davenport, IA 52806-2054)
18629236     +World Financial Network National Bank,   3100 Easton Square Place,   Columbus, OH 43219-6232


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: courtinfo@sulaimanlaw.com Mar 17 2012 02:07:01    Mohammed O Badwan,
              Sulaiman Law Group, LTD,   900 Jorie Blvd Ste 150,   Oak Brook, IL  60523
tr           +EDI: QBPHELMS.COM Mar 17 2012 00:58:00    Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,
              3400 West Lawrence,   Chicago, IL 60625-5104
18629211      EDI: HNDA.COM Mar 17 2012 00:58:00    American Honda Finance,   2170 Point Blvd Ste 100,
              Elgin, IL 60123
18629213     +EDI: BANKAMER2.COM Mar 17 2012 00:58:00    Bank Of America, N.A.,   401 N. Tryon Street,
              NC1-021-02-20,   Charlotte, NC 28255-0001
18629212     +EDI: BANKAMER2.COM Mar 17 2012 00:58:00    Bank Of America, N.A.,   401 N. Tryon St.,
              NC1-021-02-20,   Charlotte, NC 28202-2123
18629215      EDI: CAPITALONE.COM Mar 17 2012 00:58:00    Cap One,   Po Box 85520,   Richmond, VA 23285
18629216     +EDI: AIS.COM Mar 17 2012 00:58:00    Capital One, N.A.,   c/o American Infosource,
              P.O. Box 54529,   Oklahoma City, OK 73154-1529
18629217     +EDI: CHASE.COM Mar 17 2012 00:58:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18629219      EDI: DISCOVER.COM Mar 17 2012 00:58:00    Discover Financial Services,   2500 Lake Cook Rd.,
              Deerfield, IL 60015
18629222     +EDI: RMSC.COM Mar 17 2012 00:58:00    GE Capital Retail Consumer Finance,   1600 Summer Street,
              Fifth Floor,   Stamford, CT 06905-5125
18629223     +EDI: HFC.COM Mar 17 2012 00:58:00    HSBC Carsons,   PO Box 5253,   Carol Stream, IL 60197-5253
18629230     +EDI: SALMAESERVICING.COM Mar 17 2012 00:58:00    Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
18629233     +EDI: WTRRNBANK.COM Mar 17 2012 00:58:00    Target National Bank,   3701 Wayzata Boulevard,
              MS-3CG,   Minneapolis, MN 55416-3401
                                                                                        TOTAL: 13


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: ajauregui          Page 2 of 3          Date Rcvd: Mar 16, 2012
                             Form ID: b9a             Total Noticed: 30

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2012**                    **Signature:**

District/off: 0752-1          User: ajauregui          Page 3 of 3          Date Rcvd: Mar 16, 2012
                             Form ID: b9a              Total Noticed: 30

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2012 at the address(es) listed below:
          Brenda Porter Helms    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Mohammed O Badwan    on behalf of Debtor Michael Larocco courtinfo@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3