B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–10342**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Larocco | Pamela Larocco |
| 1361 South Elizabeth Street | 1361 South Elizabeth Street |
| Lombard, IL 60148 | Lombard, IL 60148 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–5069                             xxx–xx–8044

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: July 31, 2012                              Kenneth S. Gardner, Clerk
                                                                         United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-10342-DRC
Michael Larocco                                                 Chapter 7
Pamela Larocco
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin              Page 1 of 3              Date Rcvd: Jul 31, 2012
                              Form ID: b18             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2012.
db/jdb     +Michael Larocco,    Pamela Larocco,    1361 South Elizabeth Street,    Lombard, IL 60148-4488
18629210    +Advocate Good Samaritan Hospital,    3815 Highland Avenue,    Downers Grove, IL 60515-1590
18629214    +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
18629218    +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
18629220     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
18629221    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
18629224    +Keystone Finance,    22 West State Street,    Media, PA 19063-3311
18629225    +Larocco Meats, Inc.,    4933 Butterfield Road,    Hillside, IL 60162-1437
18629227    +MB Financial Services,    800 West Madison Street,    Chicago, IL 60607-2683
18629226    +Maria Loya,    1503 N. Raynor Street,    Joliet, IL 60435-4135
18629228    +Nordstrom FSB,    8502 East Princess Drive,    Scottsdale, AZ 85255-7802
18629229    +Roth & Zuker MD S.C.,    246 E. Janata Boulevard,    Lombard, IL 60148-5377
18629231    +Seaway Bank & Trust Co.,    645 E. 87th Street,    Chicago, IL 60619-6183
18629232    +State Bank of Illinois,    600 E. Washington, Street,    West Chicago, IL 60185-2318
18629234    +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
18629235   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    6565 Brady Street,    Davenport, IA 52806-2054)
18629236    +World Financial Network National Bank,    3100 Easton Square Place,    Columbus, OH 43219-6232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBPHELMS.COM Aug 01 2012 00:43:00      Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,
              3400 West Lawrence,    Chicago, IL 60625-5104
18629211     EDI: HNDA.COM Aug 01 2012 00:43:00      American Honda Finance,    2170 Point Blvd Ste 100,
              Elgin, IL 60123
18629213    +EDI: BANKAMER2.COM Aug 01 2012 00:43:00      Bank Of America, N.A.,    401 N. Tryon Street,
              NC1-021-02-20,    Charlotte, NC 28255-0001
18629212    +EDI: BANKAMER2.COM Aug 01 2012 00:43:00      Bank Of America, N.A.,    401 N. Tryon St.,
              NC1-021-02-20,    Charlotte, NC 28202-2123
18629215     EDI: CAPITALONE.COM Aug 01 2012 00:43:00      Cap One,    Po Box 85520,    Richmond, VA 23285
18629216    +EDI: AIS.COM Aug 01 2012 00:43:00      Capital One, N.A.,    c/o American Infosource,
              P.O. Box 54529,    Oklahoma City, OK 73154-1529
18629217    +EDI: CHASE.COM Aug 01 2012 00:43:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18629219     EDI: DISCOVER.COM Aug 01 2012 00:43:00      Discover Financial Services,    2500 Lake Cook Rd.,
              Deerfield, IL 60015
18629222    +EDI: RMSC.COM Aug 01 2012 00:43:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
              Fifth Floor,    Stamford, CT 06905-5125
18629223    +EDI: HFC.COM Aug 01 2012 00:43:00      HSBC Carsons,    PO Box 5253,    Carol Stream, IL 60197-5253
18629230    +EDI: SALMAESERVICING.COM Aug 01 2012 00:43:00      Sallie Mae,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
18629233    +EDI: WTRRNBANK.COM Aug 01 2012 00:43:00      Target National Bank,    3701 Wayzata Boulevard,
              MS-3CG,    Minneapolis, MN 55416-3401
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
 District/off: 0752-1          User: admin              Page 2 of 3              Date Rcvd: Jul 31, 2012
                               Form ID: b18             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2012**                   **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 3 of 3               Date Rcvd: Jul 31, 2012
                              Form ID: b18             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2012 at the address(es) listed below:

        Andrew E Houha    on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP andrew@johnsonblumberg.com, rocio@johnsonblumberg.com
        Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
        David J Frankel    on behalf of Creditor   American Honda Finance Corp. dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com
        Evan  Moscov    on behalf of Plaintiff   Discover Bank, Issuer of the Discover Card, evan.moscov@moscovlaw.com, AdamL@w-legal.com
        James P Mullally    on behalf of Creditor   State Bank of Illinois jpm@konewkoandassoc.com
        Mohammed O Badwan    on behalf of Debtor Michael Larocco courtinfo@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 7